UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TERRY KERR and DENNIS KERR,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>OCWEN LOAN SERVICING, LLC; et al.,<br><br>        Defendants - Appellees. | No. 18-36026<br><br>D.C. No. 4:18-cv-00146-DCN<br>U.S. District Court for Idaho, Pocatello<br><br>**MANDATE** |

The judgment of this Court, entered May 30, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT

                By: Rhonda Roberts
                Deputy Clerk
                Ninth Circuit Rule 27-7